## UNITED STATES BANKRUPTCY COURT      SOUTHERN DISTRICT OF TEXAS

IN RE:

Palacios

               (Debtor),

BANKRUPTCY CASE NUMBER
98-21826

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Household Finacial Services, in the amount of $2,191.44, was not charged against the bank account of the debtor, within the 90 day limit and an unclaimed money report was entered on to close the account and transfer the monies into the Registry of the Clerk, U.S. Bankruptcy Court, and

It further appearing that Household Finance Corporation c/o Dilks & Knopik, LLC is now claiming the above monies in the petition attached hereto,

It is ORDERED that the Clerk of the U.S. Bankruptcy Court pay said sum of $2,191.44 to Household Finance Corporation c/o Dilks & Knopik, LLC at the following address:

P.O. Box 502,
Redmond, WA 98073-0502

Dated: MAY 1 2 2005

UNITED STATES BANKRUPTCY JUDGE



Unclaimed.fds
05/28/98
29